**Minnie L. SMITH, Plaintiff–Appellant,**

v.

**OLIN CORPORATION, d/b/a Olin Chemicals, Defendant–Appellee.**

No. 06–15830.

United States Court of Appeals, Eleventh Circuit.

May 23, 2007.

Ziva P. Bruckner, Capers, Dunbar, Sanders & Bruckner, Augusta, GA, for appellant.

Craig M. Borowski, John T. Neighbours, Baker & Daniels, Indianapolis, IN, for appellee.

Before PRYOR, KRAVITCH and ALARCON,* Circuit Judges.

PER CURIAM:

After careful consideration of the record and the written and oral arguments of the parties, we conclude that summary judgment was properly granted in favor of Olin Corporation. We affirm based on the well-reasoned opinion of the district court.

**AFFIRMED.**